1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Jose Leon-Ponce

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE PETER C. LEWIS)**

11 UNITED STATES OF AMERICA,          )  Case No. 07MJ8961
                                      )
12         Plaintiff,                 )
                                      )
13 v.                                 )  **CERTIFICATE OF SERVICE**
                                      )
14 JOSE LEON-PONCE,                   )
                                      )
15         Defendant.                 )
   _____)

16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                       U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov
20

21                              Respectfully submitted,

22

23 DATED:    December 6, 2007         /s/ Erica K. Zunkel
                                      **ERICA K. ZUNKEL**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Jose Leon-Ponce
25

26

27

28