# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Jose Leon-Ponce ) <br> T/N Jose Ponce Leon ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 07MJ8961 <br><br> ORDER <br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Jesus Cabrera-Lopez
05767298

DATED: 12/18/07

RECEIVED _____ DUSM

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk