UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff    )<br>            )<br>    vs.     )<br>            )<br>Jose Leon-Ponce )<br>T/N Jose Ponce Leon )<br>    Defendant(s) )<br>_____) | CRIMINAL NO. 07mj8961<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

PETER C. LEWIS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court).

Narciso Vidal-Campos
057468298

DATED: 12/18/07

RECEIVED _____ 
            DUSM

PETER C. LEWIS
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
            Deputy Clerk